IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Glen Jacobs,<br><br>                    Plaintiff,<br><br>v.<br><br>South Carolina Department of Mental Health;<br>Donna McLane; Shawna Martin-Lyle,<br><br>                    Defendants. | Case No. 3:20-cv-543-SAL<br><br><br>**ORDER** |

This matter is before the Court for review of the October 16, 2020 Report and Recommendation ("Report") of United States Magistrate Judge Paige J. Gossett, made in accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). [ECF No. 52]. In the Report, the Magistrate Judge recommends the defendants' motion to dismiss, ECF No. 44, be denied. [ECF No. 52 p.2]. No party filed objections to this Report, and the time to do so has passed. *See* [ECF No. 52].

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this Court. *See Mathews v. Weber,* 423 U.S. 261, 270-71 (1976). The Court is charged with making a *de novo* determination of only those portions of the Report that have been specifically objected to, and the Court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of objections, the Court is not required to provide an explanation for adopting the Report and must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.,* 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

1

After a thorough review of the Report, the applicable law, and the record of this case in accordance with the above standard, the Court finds no clear error, adopts the Report, and incorporates the Report by reference herein.  Accordingly, Defendant's motion to dismiss, ECF No. 44, is DENIED.  Motions are referred to United States Magistrate Judge Paige J. Gossett for further proceedings.

    IT IS SO ORDERED.

January 22, 2021                          /s/Sherri A. Lydon
Florence, South Carolina          Sherri A. Lydon
                                           United States District Judge